IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

APACHE CORPORATION,

    Plaintiff,

vs.                                                                                 No. CIV 15-0649 JB/CG

RIG DAWGS OILFIELD, SERVICES, LLC,

    Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Joint Motion for Dismissal with Prejudice, filed April 22, 2016 (Doc. 26)("Motion"). In the Motion, the parties state that "the matters in controversy have been settled" and jointly move to dismiss Apache Corporation's Complaint for Declaratory Judgment, filed July 27, 2015 (Doc. 1), and Defendant's Answer/Counterclaim, filed September 14, 2015 (Doc. 7), with prejudice. Motion at 1. Because the Motion disposes of all issues and claims before the Court, the Court now enters final judgment.

**IT IS ORDERED** that all claims in Apache Corporation's Complaint for Declaratory Judgment, filed July 27, 2015 (Doc. 1), and in Defendant's Answer/Counterclaim, filed September 14, 2015 (Doc. 7), are dismissed with prejudice and final judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Earl E. DeBrine, Jr.
Nathan T. Nieman
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
Albuquerque, New Mexico

 *Attorneys for the Plaintiff*

Rudolph Lucero
Matthew S. Rappaport
Timothy R. Briggs
Miller Stratvert P.A.
Albuquerque, New Mexico

 *Attorneys for the Defendant*